**RYAN, Co. Treas., v. COOK BLDG. & INV. CO.**

No. 16194—Opinion Filed July 14, 1925.

**Municipal Corporations—Invalidity of Tax Levy Where Budget Not Submitted to Excise Board.**

Judgment of the lower court is affirmed upon authority of the case of M. S. Ryan, County Treasurer of Oklahoma County, v. Roach Drug Company, No. 15719, this day decided.

Error from District Court, Oklahoma County; Wm. H. Zwick, Judge.

Action by the Cook Building & Investment Company against M. S. Ryan, Treasurer of Oklahoma County. Judgment for plaintiff, and defendant brings error. Affirmed.

J. K. Wright, Co. Atty., and J. H. Payne, Asst. Co. Atty., for plaintiff in error.

Adelbert Brown, for defendant in error.

LESTER, J. The sole question at issue in this cause is whether a city organized under a charter form of government, as is Oklahoma City, should be required to furnish a financial statement and estimated needs to the excise board of the county, for the purpose of making the tax levy. This identical question was settled in the case of M. S. Ryan, County Treasurer, v. Roach Drug Company, 113 Okla. 129, 239 Pac. 912, in which the court held that it was mandatory upon the city, though operating under a city charter, to submit its budget for review to the excise board of the county, and that a levy made upon an estimate submitted by or through another source is invalid. Judgment affirmed.

NICHOLSON, C. J., and HARRISON, MASON, PHELPS, HUNT, CLARK, and RILEY, JJ., concur.